# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00353-CR

**Pedro Luevanos, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
### NO. 02-1039-K368, HONORABLE BURT CARNES, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Pedro Luevanos seeks to appeal from a judgment of conviction for evading detention by motor vehicle. Luevanos pleaded guilty and was placed on deferred adjudication in September 2003. He was adjudicated guilty and sentenced on July 12, 2005. He filed his pro se motion for late notice of appeal in trial court on June 16, 2006. The motion/notice was untimely. *See* Tex. R. App. P. 26.2(a)(1), 26.3. We lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed for Want of Jurisdiction

Filed: June 30, 2006

Do Not Publish